# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

**(Revised 09/19)**

Parents Defending Education     :

   Plaintiff,       :    Case No.: 2:23-CV-1595

  -vs-          :    District Judge Marbley
Olentangy Local School District Board of Education, *et al.*   Magistrate Judge Jolson
   Defendant,      :

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a),** Emmett Robinson , trial
(Name of Trial Attorney)

attorney for Parents Defending Education , in the above-referenced action, hereby moves the court to
(Name of Party)

admit J. Michael Connolly , *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for Parents Defending Education .
(Name of Party)

Movant represents that J. Michael Connolly is a member in good standing
(Name of PHV Attorney)

of the highest court of District of Columbia as attested by the accompanying certificate from that
(Name of State)

court and that J. Michael Connolly is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court.  This Motion is accompanied by the required filing fee

J. Michael Connolly
_____'s relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone _(703) 243-9423_____ Business fax _____

Business address _1600 Wilson Blvd., Suite 700, Arlington, VA 22209_____

_____

Business e-mail address _mike@consovoymccarthy.com_____

s/ Emmett E. Robinson
_____
(Signature of Trial Attorney)
6600 Lorain Ave. #731
_____
(Address)
Cleveland, OH 44102
_____
(City, State, Zip Code)
(216) 505-6900
_____
(Telephone Number)

Trial Attorney for _Parents Defending Education___
_____
(Name of Party)

**(Please attach required Certificate of Service)**