# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

Parents Defending Education :

    Plaintiff, : Case No.: 2:23-CV-1595

-vs- :

Olentangy Local School District Board of Education, *et al*, : District Judge Marbley
Magistrate Judge Jolson

    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, __Emmett Robinson__, trial
(Name of Trial Attorney)

attorney for __Parents Defending Education__, in the above-referenced action, hereby moves the court to
(Name of Party)

admit __Taylor A.R. Meehan__, *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for __Parents Defending Education__.
(Name of Party)

Movant represents that __Taylor A.R. Meehan__ is a member in good standing
(Name of PHV Attorney)

of the highest court of __District of Columbia__ as attested by the accompanying certificate from that
(Name of State)

court and that __Taylor A.R. Meehan__ is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required filing fee

<u>     Taylor A.R. Meehan     </u>'s relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone <u> (703) 243-9423 </u>   Business fax <u>                         </u>

Business address <u> 1600 Wilson Blvd., Suite 700, Arlington, VA 22209                </u>

<u>                                                                        </u>

Business e-mail address <u> taylor@consovoymccarthy.com                       </u>

<u>     s/ Emmett E. Robinson     </u>
(Signature of Trial Attorney)
<u> 6600 Lorain Ave. #731         </u>
(Address)
<u> Cleveland, OH 44102           </u>
(City, State, Zip Code)
<u> (216) 505-6900                </u>
(Telephone Number)

Trial Attorney for <u> Parents Defending Education </u>
(Name of Party)

**(Please attach required Certificate of Service)**