# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

Parents Defending Education :

    Plaintiff, : Case No.: 2:23-CV-1595

-vs- :

Olentangy Local School District Board of Education, *et al.* District Judge Marbley
Magistrate Judge Jolson

    Defendant, :

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, __Emmett Robinson__, trial
(Name of Trial Attorney)

attorney for __Parents Defending Education__, in the above-referenced action, hereby moves the court to
(Name of Party)

admit __Thomas S. Vaseliou__, *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for __Parents Defending Education__.
(Name of Party)

Movant represents that __Thomas S. Vaseliou__ is a member in good standing
(Name of PHV Attorney)

of the highest court of __Texas__ as attested by the accompanying certificate from that
(Name of State)

court and that __Thomas S. Vaseliou__ is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required filing fee

Thomas S. Vaseliou 's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone (703) 243-9423  Business fax _____

Business address 1600 Wilson Blvd., Suite 700, Arlington, VA 22209

Business e-mail address tvaseliou@consovoymccarthy.com

s/ Emmett E. Robinson
(Signature of Trial Attorney)

6600 Lorain Ave. #731
(Address)

Cleveland, OH 44102
(City, State, Zip Code)

(216) 505-6900
(Telephone Number)

Trial Attorney for Parents Defending Education
(Name of Party)

**(Please attach required Certificate of Service)**