# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

Parents Defending Education :

    Plaintiff, :     Case No.: 2:23-CV-1595

-vs- :

Olentangy Local School District Board of Education, *et al.*     District Judge Marbley

    Defendant, :     Magistrate Judge Jolson

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, __Emmett Robinson__, trial
(Name of Trial Attorney)

attorney for __Parents Defending Education__, in the above-referenced action, hereby moves the court to
(Name of Party)

admit __James F. Hasson__, *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for __Parents Defending Education__.
(Name of Party)

Movant represents that __James F. Hasson__ is a member in good standing
(Name of PHV Attorney)

of the highest court of __Texas__ as attested by the accompanying certificate from that
(Name of State)

court and that __James F. Hasson__ is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required filing fee

_____James F. Hasson_____ 's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone __(703) 243-9423__ Business fax _____

Business address __1600 Wilson Blvd., Suite 700, Arlington, VA 22209__

Business e-mail address __james@consovoymccarthy.com__

_____s/ Emmett E. Robinson_____
(Signature of Trial Attorney)
__6600 Lorain Ave. #731__
(Address)
__Cleveland, OH 44102__
(City, State, Zip Code)
__(216) 505-6900__
(Telephone Number)

Trial Attorney for __Parents Defending Education__
(Name of Party)

**(Please attach required Certificate of Service)**