IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PARENTS DEFENDING EDUCATION

*Plaintiff*,

v.

OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, *et al.*,

*Defendants*.

Case No. 2:23-cv-01595

## [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

Before the Court is Plaintiff's motion for a preliminary injunction, filed May 10, 2023. Having considered the motion, opposition, case file, and applicable law,

**IT IS ORDERED** that Plaintiff's motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants are enjoined during the pendency of this action from taking any action to enforce against students District Policy 5517 (titled, "Anti-Harassment"), District Policy 5136 (titled, "Personal Communication Devices"), and the prohibition on "discriminatory language" and "harassment" contained in the Code of Conduct in the student handbooks.

**IT IS FURTHER ORDERED** that Defendants are enjoined during the pendency of this action from taking any action to compel speech to affirm another person's gender identity.

**IT IS FURTHER ORDERED** that Defendants are enjoined during the pendency of this action from taking any action to punish students for speech occurring off schoolgrounds that is not for or during a school-sponsored activity.

SIGNED this _____ day of _____, 20____.

                                                                                              _____
Hon. Algenon L. Marbley
U.S. District Judge