# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO EASTERN DIVISION

| | | |
|---|---|---|
| **PARENTS DEFENDING EDUCATION** | : | Case No.  2:23-CV-01595 |
| | : | **Chief Judge Algenon L. Marbley** |
| Plaintiff, | | **Magistrate Judge Kimberly A. Jolson** |
| | : | |
| v. | | |
| | : | |
| **OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION,** et al. | : | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, MARK T. RAIFF, RANDY WRIGHT, PETER STERN, KEVIN DABERKOW, BRANDON LESTER, KEVIN O'BRIEN, LIBBY WALLICK, AND LAKESHA WYSE** |
| Defendants. | : | |
| | : | |
| | : | |
| | : | |

Notice is hereby given of the appearance of Bartholomew T. Freeze (0086980) and Myrl H. Shoemaker (0099149) of the law firm of Freund, Freeze & Arnold, LPA, Capitol Square Office Building, 65 East State Street, Suite 800, Columbus, Ohio 43215-4247, as counsel for Defendants Olentangy Local School District Board of Education, Mark T. Raiff, Randy Wright, Peter Stern, Kevin Daberkow, Brandon Lester, Kevin O'Brien, Libby Wallick, and LaKesha Wyse; and Jessica Philemond (0076761) of the law firm of Scott Scriven LLP, 250 East Broad Street, Suite 900, Columbus, Ohio 43215 as counsel for the Olentangy Local School District Board of Education, in the above-captioned matter.

- 2 -

Respectfully submitted,

*/s/ Bartholomew T. Freeze*
Bartholomew T. Freeze (0086980)
Myrl H. Shoemaker, III (0099149)
FREUND, FREEZE & ARNOLD
Capitol Square Office Building
65 East State Street, Suite 800
Columbus, OH  43215-4247
Phone: (614) 827-7300
Fax: (614) 827-7303
bfreeze@ffalaw.com
mshoemaker@ffalaw.com
*Counsel for Defendants Olentangy Local School District Board of Education, Mark T. Raiff, Randy Wright, Peter Stern, Kevin Daberkow, Brandon Lester, Kevin O'Brien, Libby Wallick and LaKesha Wyse*

and

Jessica K. Philemond (0076761)
Sandra R. McIntosh (0077278)
Mitchell L. Stith (0096759)
SCOTT SCRIVEN LLP
250 E. Broad St., Suite 900
Columbus, OH 43215
jessica@scottscrivenlaw.com
sandra@scottscrivenlaw.com
mitch@scottscrivenlaw.com
*Co-Counsel for Defendant Olentangy Local School District Board of Education*

- 3 -

**CERTIFICATE OF SERVICE**

    A true and accurate copy of the foregoing was served this 30th day of May 2023, via the Court's electronic filing system, upon:

| | |
|---|---|
| Emmett E. Robinson (OH Bar No. 88537) | J. Michael Connolly |
| Trial Attorney | Taylor A.R. Meehan |
| ROBINSON LAW FIRM LLC | James F. Hasson |
| 6600 Lorain Ave. #731 | Thomas S. Vaseliou |
| Cleveland, OH 44102 | CONSOVOY McCARTHY PLLC |
| Telephone: (216) 505-6900 | 1600 Wilson Blvd., Ste. 700 |
| Facsimile: (216) 649-0508 | Arlington, VA 22209 |
| erobinson@robinsonlegal.org | mike@consovoymccarthy.com |
| Counsel for Plaintiff | taylor@consovoymccarthy.com |
| | james@consovoymccarthy.com |
| | tvaseliou@consovoymccarthy.com |

/s/ Bartholomew T. Freeze
Bartholomew T. Freeze (0086980)

**FREUND, FREEZE & ARNOLD**
**A Legal Professional Association**