| | |
|---|---|
| **From:** | Jessica Philemond <jessica@scottscrivenlaw.com> |
| **Sent:** | Tuesday, March 7, 2023 3:50 PM |
| **To:** | ███████ |
| **Cc:** | kevin_obrien; krista_davis; mark_raiff |
| **Subject:** | RE: Religious protections and freedom of expression |

███████,

In response to your question below, the District would not discipline your son for his religious beliefs.  Also, you had previously asked questions about your son's use of pronouns for peers at school.  While you did not raise this, if your son would like to discuss accommodations to avoid using pronouns where doing so would be contrary to his religious beliefs, the District is happy to discuss those options with him.

Jessica



**Jessica K. Philemond  |  jessica@scottscrivenlaw.com**
**250 East Broad St., Suite 900, Columbus, OH  43215**
**t. 614-222-8686 | f. 614-222-8688**
**www.scottscrivenlaw.com**

**NOTICE OF ATTORNEY/CLIENT PRIVILEGE**
This email message is intended for use only by the individual or entity to which it is addressed.  This message may contain information that is privileged or confidential.  It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to receive and deliver to the named addressee).  If you have received this transmission in error, you are hereby notified that any dissemination, distribution, use or copying of this communication is prohibited.  Please delete it from your system and notify the sender of the error by reply email or by calling 614-222-8686.  Thank you.

---

**From:** ████████████████████████
**Sent:** Friday, March 3, 2023 6:44 AM
**To:** Jessica Philemond <jessica@scottscrivenlaw.com>
**Cc:** kevin_obrien <kevin_obrien@olsd.us>; krista_davis <krista_davis@olsd.us>; mark_raiff <mark_raiff@olsd.us>
**Subject:** Re: Religious protections and freedom of expression

Ms. Philemond,

I would like you to respond in writing to this question.

If my child expresses their religious beliefs that marriage is between a man and a woman OR that homosexuality is a sin, will they be disciplined for their beliefs as harassment, bullying per the policy cited in my previous email?

Thank you for your timely response.

███████

On Mon, Feb 27, 2023 at 10:16 AM Jessica Philemond <jessica@scottscrivenlaw.com> wrote:

███████,

I am responding to your e-mail below on behalf of the District.  As you are aware, the Olentangy Board of Education has adopted an Anti-Harassment Policy that prohibits discrimination and harassment based upon a student's sex, including sexual orientation and gender identity.  While your children certainly maintain religious

rights of freedom at school, those rights do not relieve them of the obligation to comply with Board Policy and the code of conduct.  A student purposefully referring to another student by using gendered language they know is contrary to the other student's identity would be an example of discrimination under Board Policy.  The Board Policy is intended to create a safe learning environment for all students, free of harassment and discrimination, and does not require any student to affirm or deny any individual religious beliefs, but students must comply with Board Policy and school rules.  Thank you for seeking clarification.

Jessica



**Jessica K. Philemond  |**  jessica@scottscrivenlaw.com

**250 East Broad St., Suite 900, Columbus, OH  43215**

**t. 614-222-8686 | f. 614-222-8688**

**www.scottscrivenlaw.com**

NOTICE OF ATTORNEY/CLIENT PRIVILEGE

This email message is intended for use only by the individual or entity to which it is addressed.  This message may contain information that is privileged or confidential.  It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to receive and deliver to the named addressee).  If you have received this transmission in error, you are hereby notified that any dissemination, distribution, use or copying of this communication is prohibited.  Please delete it from your system and notify the sender of the error by reply email or by calling 614-222-8686.  Thank you.

**From:** ████████████████████████████
**Sent:** Thursday, February 23, 2023 10:09 AM
**To:** Jessica Philemond <jessica@scottscrivenlaw.com>; kevin_obrien <kevin_obrien@olsd.us>; krista_davis <krista_davis@olsd.us>; mark_raiff <mark_raiff@olsd.us>
**Subject:** Re: Religious protections and freedom of expression

Please let me know when I can expect a response.

On Fri, Feb 17, 2023 at 4:50 PM ███████████████████████████ wrote:

> Good morning,
>
> I would like an official statement from the district on the attached snip from the district website.

If my devoutly Christian child who believes in two biological genders male/female and that those genders are decided at conception by God, would they be forced to use the pronouns that a transgender child identifies with or be subject to reprimand from the district if they refuse to do so?

I would like to remind the district of the Shawnee State University case in the 6th Circuit and how it was decided in favor of the professor and his religious beliefs.   This was also proven in Kansas as well as Wisconsin and an upcoming case in VA where the Solicitor General and Attorney General are in support of the teachers religious freedom.   You can not compel a child with deeply held religious beliefs to go against those beliefs inside the school system.

https://www.npr.org/2022/04/20/1093601721/shawnee-state-university-lawsuit-pronouns

https://www.nixonpeabody.com/insights/alerts/2021/03/29/religious-freedom-ruling

Please provide me with a written response.