# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| PARENTS DEFENDING EDUCATION, | : |
| Plaintiff, | : |
| v. | : Case No. 2:23-cv-01595 |
| | : Chief Judge Algenon L. Marbley |
| OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, *et al.*, | : Magistrate Judge Kimberly A. Jolson |
| Defendants. | : |

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

This matter is before the Court on Plaintiff's Motion for Preliminary Injunction (ECF No. 7). The Court will hold a preliminary injunction hearing on **Monday, July 24, 2023, at 10:00 a.m.**, in Courtroom 1, Room 331, of the United States District Court located at 85 Marconi Blvd., Columbus, Ohio. Upon arrival, counsel will enter their appearance with the Court Reporter and the Courtroom Deputy before the start of the hearing. The Court will not continue the hearing date except upon written motion supported by an affidavit demonstrating exceptional circumstances, made immediately upon the party's or counsel's receipt of notice of the existence of the exceptional circumstance.

An appendix outlining the trial procedures to be followed at the Preliminary Injunction hearing follows this Order.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED:  June 14, 2023**

# APPENDIX

# TRIAL PROCEDURES

### Counsel Tables

Plaintiff will occupy counsel table next to the jury box. Defendant will occupy counsel table across from Plaintiff.

### Appearances

Counsel will enter their appearance with the Court Reporter and the Courtroom Deputy Clerk before the start of the opening session of the trial.

### Addresses by Counsel

Counsel will address the Court in the following manner:

(a) All addresses to the Court will be made from the lectern facing the Court.

(b) Counsel shall stand when addressing the Court for any reason.

### Objections

Counsel will stand when making an objection and will make the objection directly and only to the Court.

When objecting, state only that you are objecting and if requested by the Court, state the legal grounds. Objections shall not be used for the purpose of making speeches, repeating testimony, or to attempt to guide a witness or influence the Court.

Argument upon an objection will not be heard unless permission is given or argument is requested by the Court. Either counsel may request a bench conference.

### Decorum

Colloquy, or argument between counsel will not be permitted. All remarks shall be addressed to the Court.

Counsel shall maintain a professional and dignified atmosphere throughout the hearing.

Appearance, mannerisms, or habits that are designed to arouse the sympathy or prejudice of the Court are an impediment to an impartial hearing and will not be permitted.

During a hearing, counsel shall not exhibit familiarity with witnesses, opposing counsel and shall avoid the use of first names.

During the hearing, all persons at counsel table shall remain seated and be respectful so as not to divert the attention of the Court.

Do not ask the Court Reporter to mark testimony. All requests for re-reading of questions or answers shall be addressed to the Court.

### Demonstrative Evidence

If any sketches, models, diagrams, or other demonstrative evidence of any kind will be used during the trial, they must be exhibited to opposing counsel one week prior to the hearing. Objections to the same must be submitted to the Court prior to the commencement of the hearing.

Counsel must supply his/her own easel, flip charts, etc. for trial.

### Exhibits

Counsel will assemble and mark all exhibits and deliver them to the courtroom deputy prior to the commencement of the hearing. Plaintiff's exhibits will bear the letter prefix P followed by Arabic numerals and Defendant's exhibits will bear the prefix D followed by Arabic numerals.

Counsel should keep a list of all exhibits and should supply the Court, courtroom deputy, and opposing counsel with a copy of the same.

Each counsel is responsible for any exhibits secured from the courtroom deputy. At the end of each trial session, all exhibits shall be returned to the courtroom deputy.

The parties shall use three-ring tabbed notebooks for their exhibits which will be submitted two (2) days before the hearing. The parties shall provide one (1) copy of their tabbed exhibit notebook(s) to opposing counsel, and three (3) copies to the Court — one each for the Judge, the law clerk, and the courtroom deputy.

Exhibits which are produced for the first time during the hearing shall be tendered to the courtroom deputy for marking and then displayed to opposing counsel.

**Sanctions**

The parties and counsel shall comply fully and literally with this pre-trial order. The Court will consider the imposition of appropriate sanctions in the event of non-compliance, including monetary sanctions, the dismissal of claims or defenses, or the exclusion of evidence. Fed. R. Civ. P. 16(f).

\* \* \*

The parties shall address questions about this Order to the Court's Law Clerk, Franklin Li, at (614) 719-3276, by way of a telephone conference with counsel for all parties participating or with fewer than all counsel participating with express permission of non-participating counsel.