# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **PARENTS DEFENDING EDUCATION,** | : | Case No. 2:23-CV-01595 |
| Plaintiff, | : | **Chief Judge Algenon L. Marbley** |
| | : | **Magistrate Judge Kimberly A. Jolson** |
| vs. | : | |
| **OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al.,** | : | **NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANT OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION** |
| Defendant. | : | |

Sandra R. McIntosh hereby gives notice of her appearance as co-counsel for Defendant Olentangy Local School District Board of Education in the above-captioned matter. Please include the undersigned on all further notices, motions, pleadings, and discovery.

Respectfully submitted,

*/s/ Sandra R. McIntosh*
Sandra R. McIntosh (0077278)
SCOTT SCRIVEN LLP
250 E. Broad Street, Suite 900
Columbus, OH 43215
(614) 222-8686; (614) 222-8688 (fax)
sandra@scottscrivenlaw.com
*Co-Counsel for Defendant Olentangy Local School District Board of Education*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 29th day of June, 2023, upon the following via the Court's Electronic Filing System, electronic and/or regular U.S. Mail:

Emmett E. Robinson (OH Bar No. 88537)
Trial Attorney
Robinson Law Firm LLC
6600 Lorain Ave. #731
Cleveland, OH 44102
Telephone: (216) 505-6900
Facsimile: (216) 649-0508
erobinson@robinsonlegal.org
*Counsel for Plaintiff*

Bartholomew T. Freeze (0086980)
Myrl H. Shoemaker, III (0099149)
FREUND, FREEZE & ARNOLD
Capitol Square Office Building
65 East State Street, Suite 800
Columbus, OH 43215-4247
Phone: (614) 827-7300
Fax: (614) 827-7303
bfreeze@ffalaw.com
mshoemaker@ffalaw.com
*Counsel for Defendants Olentangy Local School Board of Education, Mark T. Raiff, Randy Wright, Peter Stern, Kevin Daberkow, Brandon Lester, Kevin O'Brien, Libby Wallick, and Lakesha Wyse*

J. Michael Connolly
Taylor A.R. Meehan
James F. Hasson
Thomas S. Vaseliou
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
mike@consovoymccarthy.com
taylor@consovoymccarthy.com
james@consovoymccarthy.com
tvaseliou@consovoymccarthy.com

Jessica K. Philemond (0076761)
SCOTT SCRIVEN LLP
250 E. Broad Street, Suite 900
Columbus, OH 43215
Phone: (614) 222-8686
Fax: (614) 222-8688
jessica@scottscrivenlaw.com
*Co-Counsel for Defendant Olentangy Local School District Board of Education*

            */s/ Sandra R. McIntosh*
            Sandra R. McIntosh (0077278)