**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **PARENTS DEFENDING EDUCATION,** | : | Case No. 2:23-CV-01595 |
| | : | **Chief Judge Algenon L. Marbley** |
| Plaintiff, | | **Magistrate Judge Kimberly A. Jolson** |
| | : | |
| vs. | | |
| | : | |
| **OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION,** et al., | | **NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANT OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION** |
| | : | |
| Defendant. | : | |
| | : | |

Mitchell L. Stith hereby gives notice of his appearance as co-counsel for Defendant Olentangy Local School District Board of Education in the above-captioned matter. Please include the undersigned on all further notices, motions, pleadings, and discovery.

Respectfully submitted,

*/s/ Mitchell L. Stith*
Mitchell L. Stith  (0096759)
SCOTT SCRIVEN LLP
250 E. Broad Street, Suite 900
Columbus, OH 43215
(614) 222-8686; (614) 222-8688 (fax)
mitch@scottscrivenlaw.com
*Co-Counsel for Defendant Olentangy Local School District Board of Education*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served this 29th day of June, 2023, upon the following via the Court's Electronic Filing System, electronic and/or regular U.S. Mail:

| | |
|---|---|
| Emmett E. Robinson (OH Bar No. 88537)<br>Trial Attorney<br>Robinson Law Firm LLC<br>6600 Lorain Ave. #731<br>Cleveland, OH 44102<br>Telephone: (216) 505-6900<br>Facsimile: (216) 649-0508<br>erobinson@robinsonlegal.org<br>*Counsel for Plaintiff* | J. Michael Connolly<br>Taylor A.R. Meehan<br>James F. Hasson<br>Thomas S. Vaseliou<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>mike@consovoymccarthy.com<br>taylor@consovoymccarthy.com<br>james@consovoymccarthy.com<br>tvaseliou@consovoymccarthy.com |
| Bartholomew T. Freeze (0086980)<br>Myrl H. Shoemaker, III (0099149)<br>FREUND, FREEZE & ARNOLD<br>Capitol Square Office Building<br>65 East State Street, Suite 800<br>Columbus, OH 43215-4247<br>Phone: (614) 827-7300<br>Fax: (614) 827-7303<br>bfreeze@ffalaw.com<br>mshoemaker@ffalaw.com<br>*Counsel for Defendants Olentangy Local School Board of Education, Mark T. Raiff, Randy Wright, Peter Stern, Kevin Daberkow, Brandon Lester, Kevin O'Brien, Libby Wallick, and Lakesha Wyse* | Jessica K. Philemond (0076761)<br>SCOTT SCRIVEN LLP<br>250 E. Broad Street, Suite 900<br>Columbus, OH 43215<br>Phone: (614) 222-8686<br>Fax: (614) 222-8688<br>jessica@scottscrivenlaw.com<br>*Co-Counsel for Defendant Olentangy Local School District Board of Education* |

                                                */s/ Mitchell L. Stith*
                                                Mitchell L. Stith (0096759)