IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PARENTS DEFENDING EDUCATION, | : |
| Plaintiff, | : |
| v. | : Case No. 2:23-cv-01595 |
| | : Chief Judge Algenon L. Marbley |
| OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, *et al.*, | : Magistrate Judge Kimberly A. Jolson |
| Defendants. | : |

## ORDER

This matter comes before the Court on Defendants' Motion to Continue Preliminary Injunction Hearing (ECF No. 16), filed jointly with their Motion to Dismiss. As Defendants ask the Court to continue the hearing currently scheduled for July 24, 2023, before their motion would ordinarily be ripe for review, this Court deems an expedited response from Plaintiff necessary. Accordingly, this Court **ORDERS** Plaintiff Parents Defending Education to file a response to Defendants' Motion to Continue **within seven (7) days** of this Order, explaining why it opposes a continuance or setting forth its lack of opposition. The portion of Defendants' motion that requests dismissal of the case pursuant to Rule 12(b)(1) remains subject to the standard briefing deadlines; Plaintiff is not required to respond to the motion to dismiss on an expedited basis.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATE: June 30, 2023**