AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| Parents Defending Education | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-01595 |
| Olentangy Local School District Board of Education | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Parents Defending Education.

Date:  07/21/2023

/s/ James F. Hasson
*Attorney's signature*

James F. Hasson (TX # 24109982)
*Printed name and bar number*
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209

*Address*

james@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

*FAX number*