**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **PARENTS DEFENDING EDUCATION,** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:23-cv-1595 |
| | : | |
| v. | : | Chief Judge Algenon L. Marbley |
| | : | |
| **OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al.,** | : | Magistrate Judge Jolson |
| | : | |
| Defendants. | : | |

**COURTROOM MINUTES**

**Preliminary Injunction Hearing**
**Monday, July 24, 2023 at 10:00 a.m.**
**before Chief Judge Algenon L. Marbley**

| | |
|---|---|
| Counsel for Plaintiff: | James Hasson, Michael Connolly, Emmett Robinson |
| Counsel for Defendant: | Bartholomew Freeze, Genevieve Hoffman, Jessica Philemond |
| Court Reporter: | Shawna Evans |
| Courtroom Deputy: | Diane Stash |
| Also at counsel table: | Todd Meyer – Superintendent, Olentangy Local School District<br>Sarah Faust – Summer Associate with Scott Scriven LLP |

Mr. Hasson and Mr. Freeze presented oral argument and responded to questions from the Court relating to the Motion for Preliminary Injunction that has been filed in the matter.

The Court indicated that a written decision will be forthcoming.  Court was adjourned at 11:30 a.m.