# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO EASTERN DIVISION

| | | |
|---|---|---|
| **PARENTS DEFENDING EDUCATION** | : | Case No. 2:23-CV-01595 |
| | : | Chief Judge Algenon L. Marbley |
| Plaintiff, | : | Magistrate Judge Kimberly A. Jolson |
| v. | : | |
| **OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION,** et al. | : | **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANTS OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, MARK T. RAIFF, RANDY WRIGHT, PETER STERN, KEVIN DABERKOW, BRANDON LESTER, KEVIN O'BRIEN, LIBBY WALLICK, AND LAKESHA WYSE** |
| Defendants. | : | |

Notice is hereby given of the appearance of Genevieve M. Hoffman of the law firm of Freund, Freeze & Arnold, LPA, 620 E Broad Street, 65 East State Street, Suite F, Columbus, Ohio 43215, as additional counsel for Defendants Olentangy Local School District Board of Education, Mark T. Raiff, Randy Wright, Peter Stern, Kevin Daberkow, Brandon Lester, Kevin O'Brien, Libby Wallick, and LaKesha Wyse. Bartholomew T. Freeze (0086980) and Myrl H. Shoemaker (0099149) remains as counsel of record and should continue to receive all relative case documents and pleadings.

Respectfully submitted,

*/s/ Genevieve M. Hoffman*
Genevieve M. Hoffman (0089281)
Bartholomew T. Freeze (0086980)
Myrl H. Shoemaker, III (0099149)
FREUND, FREEZE & ARNOLD
Capitol Square Office Building
65 East State Street, Suite 800
Columbus, OH  43215-4247
Phone: (614) 827-7300
Fax: (614) 827-7303
ghoffman@ffalaw.com
bfreeze@ffalaw.com
mshoemaker@ffalaw.com
*Counsel for Defendants Olentangy Local School District Board of Education, Mark T. Raiff, Randy Wright, Peter Stern, Kevin Daberkow, Brandon Lester, Kevin O'Brien, Libby Wallick and LaKesha Wyse*

and

Jessica K. Philemond (0076761)
Sandra R. McIntosh (0077278)
Mitchell L. Stith (0096759)
SCOTT SCRIVEN LLP
250 E. Broad St., Suite 900
Columbus, OH 43215
jessica@scottscrivenlaw.com
sandra@scottscrivenlaw.com
mitch@scottscrivenlaw.com
*Co-Counsel for Defendant Olentangy Local School District Board of Education*

**FREUND, FREEZE & ARNOLD**
**A Legal Professional Association**

- 3 -

## CERTIFICATE OF SERVICE

    A true and accurate copy of the foregoing was served this 24th day of July 2023, via the Court's electronic filing system, upon:

| | |
|---|---|
| Emmett E. Robinson (OH Bar No. 88537) | J. Michael Connolly |
| Trial Attorney | Taylor A.R. Meehan |
| ROBINSON LAW FIRM LLC | James F. Hasson |
| 6600 Lorain Ave. #731 | Thomas S. Vaseliou |
| Cleveland, OH 44102 | CONSOVOY McCARTHY PLLC |
| Telephone: (216) 505-6900 | 1600 Wilson Blvd., Ste. 700 |
| Facsimile: (216) 649-0508 | Arlington, VA 22209 |
| erobinson@robinsonlegal.org | mike@consovoymccarthy.com |
| Counsel for Plaintiff | taylor@consovoymccarthy.com |
| | james@consovoymccarthy.com |
| | tvaseliou@consovoymccarthy.com |

    */s/ Genevieve M. Hoffman*
    Genevieve M. Hoffman (0089281)

**FREUND, FREEZE & ARNOLD**
**A Legal Professional Association**