# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| PARENTS DEFENDING EDUCATION<br><br>*Plaintiff*,<br><br>v.<br><br>OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, *et al.*,<br><br>*Defendants.* | Case No. 2:23-cv-01595 |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff now appeals to the United States Court of Appeals for the Sixth Circuit this Court's July 28, 2023, opinion and order denying Plaintiff's Motion for Preliminary Injunction. *See* Dkt. 28.

Dated: July 30, 2023

Emmett E. Robinson (OH Bar No. 88537)
ROBINSON LAW FIRM, LLC
6600 Lorain Ave. #731
Cleveland, OH 44102
Telephone: (216) 505-6900
Facsimile: (216) 649-0508
erobinson@robinsonlegal.org

Respectfully submitted,

*/s/ J. Michael Connolly*
J. Michael Connolly (*pro hac vice*)
Taylor A.R. Meehan (*pro hac vice*)
James F. Hasson (*pro hac vice*)
Thomas S. Vaselieou
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com
taylor@consovoymccarthy.com
james@consovoymccarthy.com
tvaselieou@consovoymccarthy.com

*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I certify that on July 30, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification to all counsel of record.

*/s/ J. Michael Connolly*