# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 31, 2023

Mr. John Michael Connolly
Consovoy McCarthy
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209

Mr. Bartholomew Thomas Freeze
Freund, Freeze & Arnold
65 E. State Street
Suite 800
Columbus, OH 43215

Ms. Jessica Kathryn Philemond
Scott Scriven
250 E. Broad Street
Suite 900
Columbus, OH 43215

Mr. Emmett Robinson
Robinson Law Firm
6600 Lorain Avenue
Suite 731
Cleveland, OH 44102

Re: Case No. 23-3630, *Parents Defending Education v. Olentangy Local School District Board of Education, et al*
Originating Case No. : 2:23-cv-01595

Dear Counsel,

This appeal has been docketed as case number **23-3630** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **August 14, 2023**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Appellant: | Appearance of Counsel |
| | Civil Appeal Statement of Parties & Issues |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |
| | |
| Appellee: | Appearance of Counsel |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Jennifer A. Strobel
Case Manager
Direct Dial No. 513-564-7019

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 23-3630

PARENTS DEFENDING EDUCATION

        Plaintiff - Appellant

v.

OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION; MARK T. RAIFF, In his official capacity as Superintendent of Olentangy Local School District; PETER STERN, In his official capacity as Olentangy's Assistant Director of Equity and Inclusion; RANDY WRIGHT, In his official capacity as Olentangy's Chief of Administrative Services; KEVIN DABERKOW, In his official capacity as a member of the Olentangy Board of Education; BRANDON LESTER, In his official capacity as a member of the Olentangy Board of Education; KEVIN O'BRIEN, In his official capacity as a member of the Olentangy Board of Education; LIBBY WALLICK, In her official capacity as a member of the Olentangy Board of Education; LAKESHA WYSE, In her official capacity as a member of the Olentangy Board of Education

        Defendants - Appellees