**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 01, 2024

Mr. John J. Bursch
Alliance Defending Freedom
440 First Street, N.W.
Suite 600
Washington, DC 20001

Mr. Talmadge Butts
Foundation for Moral Law
Senior Counsel
1 Dexter Avenue
Montgomery, AL 36104

Mr. David Joseph Carey
American Civil Liberties Union of Ohio Foundation
1108 City Park Avenue, Suite 203
Columbus, OH 43206

Mr. John Michael Connolly
Consovoy McCarthy
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209

Ms. Deborah Jane Dewart
111 Magnolia Lane
Hubert, NC 28539

Mr. Steven W. Fitschen
National Legal Foundation
524 Johnstown Road
Chesapeake, VA 23322

Mr. Bartholomew Thomas Freeze
Freund, Freeze & Arnold
88 E. Broad Street, Suite 875
Columbus, OH 43215

Ms. Amy Gilbert
ACLU of Ohio Foundation
4506 Chester Avenue
Cleveland, OH 44103

Mr. Paul Giorgianni
Giorgianni Law
1538 Arlington Avenue
Columbus, OH 43212-2710

Mr. James Hasson
Consovoy McCarthy
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209

Mr. Mark P. Herron
5001 Mayfield Road
Suite 318
Lyndhurst, OH 44124

Ms. Genevieve Marie Hoffman
Freund, Freeze & Arnold
88 E. Broad Street
Suite 875
Columbus, OH 43215

Mr. Mathew Hoffmann
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176

Mr. Benjamin Isgur
560 W. Crossville Road
Suite 104
Roswell, GA 30075

Mr. Tyson Charles Langhofer
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176

Ms. Freda Levenson
ACLU of Ohio Foundation
4506 Chester Avenue
Cleveland, OH 44103

Mr. Ronald Gary London
Foundation for Individual Rights in Education
General Counsel
700 Pennsylvania Avenue, S.E.
Suite 340
Washington, DC 20003

Ms. Sherrie Clayborne Massey
Peters Kalail & Markakis
6480 Rockside Woods Boulevard, S.
Suite 300
Cleveland, OH 44131-2222

Ms. Sandra R. McIntosh
Scott Scriven
250 E. Broad Street
Suite 900
Columbus, OH 43215

Ms. Taylor A.R. Meehan
Consovoy McCarthy
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209

Mr. Brett Robert Nolan
Institute for Free Speech
1150 Connecticut Avenue, N.W.
Suite 801
Washington, DC 20036

Mr. Cameron Thomas Norris
Consovoy McCarthy
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209

Mr. Scott C. Peters
Peters Kalail & Markakis
6480 Rockside Woods Boulevard, S.
Suite 300
Cleveland, OH 44131-2222

Ms. Jessica Kathryn Philemond
Scott Scriven
250 E. Broad Street, Suite 900
Columbus, OH 43215

Mr. Emmett Robinson
Robinson Law Firm
6600 Lorain Avenue
Suite 731
Cleveland, OH 44102

Mr. Adam Ezra Schulman
Hamilton Lincoln Law Institute
1629 K Street, N.W.
Suite 300
Washington, DC 20006

Mr. Ilya Shapiro
Manhattan Institute
52 Vanderbilt Avenue
New York, NY 10017

Mr. Daniel Shisler
Law Office
167 White Pond Drive
Akron, OH 44313

Mr. Joseph David Spate
Office of the Attorney General
of South Carolina
P.O. Box 11549
Columbia, SC 29211

Mr. Mitchell Stith
Scott Scriven
250 E. Broad Street
Suite 900
Columbus, OH 43215

Ms. Kayla Toney
First Liberty Institute
1331 Pennsylvania Avenue, N.W.
Suite 1410
Washington, DC 20004

Mr. Thomas Samuel Vaseliou
Consovoy McCarthy
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209

Re: Case No. 23-3630, *Parents Defending Education v. Olentangy Local School Dist, et al*
Originating Case No. : 2:23-cv-01595

Dear Counsel,

The attached order designated for publication was filed today in this case.

Yours very truly,

Kelly L. Stephens, Clerk

Cathryn Lovely, Opinions Deputy

cc: Mr. Richard W. Nagel

Enclosure

RECOMMENDED FOR PUBLICATION
Pursuant to Sixth Circuit I.O.P. 32.1(b)

File Name: 24a0247p.06

# UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

_____

PARENTS DEFENDING EDUCATION,

         *Plaintiff-Appellant*,

    *v.*

OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION; MARK T. RAIFF, in his official capacity as Superintendent of Olentangy Local School District; PETER STERN, in his official capacity as Olentangy's Assistant Director of Equity and Inclusion; RANDY WRIGHT, in his official capacity as Olentangy's Chief of Administrative Services; KEVIN DABERKOW, in his official capacity as a member of the Olentangy Board of Education; BRANDON LESTER, in his official capacity as a member of the Olentangy Board of Education; KEVIN O'BRIEN, in his official capacity as a member of the Olentangy Board of Education; LIBBY WALLICK, in her official capacity as a member of the Olentangy Board of Education; LAKESHA WYSE, in her official capacity as a member of the Olentangy Board of Education,

         *Defendants-Appellees*.

    No. 23-3630

On Petition for Rehearing En Banc.

United States District Court for the Southern District of Ohio at Columbus.
No. 2:23-cv-01595—Algenon L. Marbley, District Judge.

Decided and Filed:  November 1, 2024

Before:  SUTTON, Chief Judge; MOORE, CLAY, GRIFFIN, KETHLEDGE, STRANCH, THAPAR, BUSH, LARSEN, NALBANDIAN, READLER, MURPHY, DAVIS, MATHIS, BLOOMEKATZ, and RITZ, Circuit Judges.

No. 23-3630        *Parents Defending Educ. v. Olentangy*        Page 2
*Local Sch. Dist. Bd. of Educ.*

---

### COUNSEL

**ON PETITION FOR REHEARING EN BANC and REPLY:** J. Michael Connolly, Cameron T. Norris, Thomas S. Vaseliou, CONSOVOY MCCARTHY PLLC, Arlington, Virginia, for Appellant. **ON RESPONSE:** Bartholomew T. Freeze, Genevieve M. Hoffman, FREUND, FREEZE & ARNOLD, Columbus, Ohio, Jessica K. Philemond, Sandra R. McIntosh, Mitchell L. Stith, SCOTT SCRIVEN LLP, Columbus, Ohio, for Appellees. **ON BRIEF:** Joseph D. Spate, OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Carolina, John J. Bursch, ALLIANCE DEFENDING FREEDOM, Washington, D.C., Tyson C. Langhofer, Mathew W. Hoffmann, ALLIANCE DEFENDING FREEDOM, Lansdowne, Virginia, Ilya Shapiro, MANHATTAN INSTITUTE, New York, New York, Kayla A. Toney, FIRST LIBERTY INSTITUTE, Washington, D.C., Adam E. Schulman, HAMILTON LINCOLN LAW INSTITUTE, Washington, D.C., Brett R. Nolan, INSTITUTE FOR FREE SPEECH, Washington, D.C., Talmadge Butts, FOUNDATION FOR MORAL LAW, Gallant, Alabama, for Amici Curiae.

---

### ORDER

---

A majority of the Judges of this Court in regular active service has voted for rehearing en banc of this case. Under Sixth Circuit Rule 35(b), "[a] decision to grant rehearing en banc vacates the previous opinion and judgment of the court, stays the mandate, and restores the case on the docket as a pending appeal."

Accordingly, it is ORDERED that the previous decision and judgment of this court are vacated, the mandate is stayed, and this case is restored to the docket as a pending appeal.

The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as possible.

ENTERED BY ORDER OF THE COURT

*Kelly L. Stephens*

Kelly L. Stephens, Clerk