Case No. 23-3630

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

PARENTS DEFENDING EDUCATION,

    Plaintiff – Appellant,

v.

OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION; MARK T. RAIFF, In his official capacity as Superintendent of Olentangy Local School District; PETER STERN, In his official capacity as Olentangy's Assistant Director of Equity and Inclusion; RANDY WRIGHT, In his official capacity as Olentangy's Chief of Administrative Services; KEVIN DABERKOW, In his official capacity as a member of the Olentangy Board of Education; BRANDON LESTER, In his official capacity as a member of the Olentangy Board of Education; KEVIN O'BRIEN, In his official capacity as a member of the Olentangy Board of Education; LIBBY WALLICK, In her official capacity as a member of the Olentangy Board of Education; LAKESHA WYSE, In her official capacity as a member of the Olentangy Board of Education

    Defendants – Appellees.

------------------------------

INDEPENDENT WOMEN'S LAW CENTER; STATE OF ALASKA; STATE OF KANSAS; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF WEST VIRGINIA; INSTITUTE FOR FREE SPEECH

    Upon consideration of the motion of Thomas Samuel Vaseliou for leave to withdraw as counsel for the appellant,

    It is ORDERED that the motion be, and it hereby is GRANTED.

                                                          **ENTERED BY ORDER OF THE COURT**
                                                           Kelly L. Stephens, Clerk

Issued: February 19, 2025

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 19, 2025

Mr. Thomas Samuel Vaseliou
Consovoy McCarthy
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209

Re:  Case No. 23-3630, *Parents Defending Education v. Olentangy Local School Dist, et al*
Originating Case No.: 2:23-cv-01595

Dear Mr. Vaseliou,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc:  Mr. John J. Bursch
Mr. Talmadge Butts
Mr. David Joseph Carey
Mr. John Michael Connolly
Mr. Robert L. Corn-Revere
Mr. Donald Albert Daugherty Jr.
Mr. William M. Deters II
Ms. Ruthanne Mary Deutsch
Ms. Deborah Jane Dewart
Mr. Steven W. Fitschen
Mr. Bartholomew Thomas Freeze
Mr. Thomas Elliot Gaiser
Ms. Amy Gilbert

    Mr. Paul Giorgianni
    Mr. James Hasson
    Mr. Mark P. Herron
    Ms. Genevieve Marie Hoffman
    Mr. Mathew Hoffmann
    Mr. Benjamin Isgur
    Mr. Tyson Charles Langhofer
    Ms. Freda Levenson
    Ms. Karen Loewy
    Mr. Ronald Gary London
    Ms. Sherrie Clayborne Massey
    Ms. Sandra R. McIntosh
    Ms. Taylor A.R. Meehan
    Mr. Kerry Lee Morgan
    Mr. Richard W. Nagel
    Mr. Brett Robert Nolan
    Mr. Cameron Thomas Norris
    Mr. William Jeffrey Olson
    Mr. Scott C. Peters
    Ms. Jessica Kathryn Philemond
    Mr. Emmett Robinson
    Mr. Adam Ezra Schulman
    Mr. Ilya Shapiro
    Mr. Daniel Shisler
    Mr. Joseph David Spate
    Mr. Mitchell Stith
    Ms. Kayla Toney
    Mr. John Marc Wheat

Enclosure