**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 02, 2025

Mr. Richard W. Nagel
Office of the Clerk
85 Marconi Boulevard
Suite 121
Columbus, OH 43215

Re: Case No. 23-3630, *Defending Education v. Olentangy Local School Dist, et al*
Originating Case No. 2:23-cv-01595

Dear Mr. Nagel,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Ryan

cc: Mr. John J. Bursch
    Mr. Talmadge Butts
    Mr. David Joseph Carey
    Mr. John Michael Connolly
    Mr. Robert L. Corn-Revere
    Mr. Donald Albert Daugherty Jr.
    Mr. William M. Deters II
    Ms. Ruthanne Mary Deutsch
    Ms. Deborah Jane Dewart
    Mr. Steven W. Fitschen
    Mr. Bartholomew Thomas Freeze
    Ms. Amy Gilbert
    Mr. Paul Giorgianni
    Mr. James Hasson
    Mr. Christopher J.C. Herbert
    Mr. Mark P. Herron
    Mr. Mathew Hoffmann
    Mr. Benjamin Isgur
    Mr. Tyson Charles Langhofer

Ms. Freda Levenson
Ms. Karen Loewy
Mr. Ronald Gary London
Ms. Sherrie Clayborne Massey
Ms. Sandra R. McIntosh
Ms. Taylor A.R. Meehan
Mr. Kerry Lee Morgan
Mr. Brett Robert Nolan
Mr. Cameron Thomas Norris
Mr. William Jeffrey Olson
Mr. Scott C. Peters
Ms. Jessica Kathryn Philemond
Mr. Emmett Robinson
Ms. Jaime Santos
Mr. Adam Ezra Schulman
Mr. Ilya Shapiro
Mr. Daniel Shisler
Mr. Joseph David Spate

Ms. Mathura Jaya Sridharan
Mr. Mitchell Stith
Ms. Kayla Toney
Mr. John Marc Wheat

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-3630

_____

Filed: December 02, 2025

DEFENDING EDUCATION; DEFENDING EDUCATION

      Plaintiffs - Appellants

v.

OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION; MARK T. RAIFF, In his official capacity as Superintendent of Olentangy Local School District; PETER STERN, In his official capacity as Olentangy's Assistant Director of Equity and Inclusion; RANDY WRIGHT, In his official capacity as Olentangy's Chief of Administrative Services; KEVIN DABERKOW, In his official capacity as a member of the Olentangy Board of Education; BRANDON LESTER, In his official capacity as a member of the Olentangy Board of Education; KEVIN O'BRIEN, In his official capacity as a member of the Olentangy Board of Education; LIBBY WALLICK, In her official capacity as a member of the Olentangy Board of Education; LAKESHA WYSE, In her official capacity as a member of the Olentangy Board of Education

      Defendants - Appellees

------------------------------

INDEPENDENT WOMEN'S LAW CENTER; STATE OF ALASKA; STATE OF KANSAS; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF WEST VIRGINIA; INSTITUTE FOR FREE SPEECH

## MANDATE

   Pursuant to the court's disposition that was filed 11/06/2025 the mandate for this case hereby issues today.

  COSTS:  None