IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEFENDING EDUCATION, <br><br> *Plaintiff*, <br> v. <br><br> OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, *et al.*, <br><br> *Defendants*. | Case No. 2:23-cv-01595 |

## JOINT STATUS REPORT

Plaintiff Defending Education and Defendants Olentangy Local School District Board of Education, *et al.*, respectfully ask this Court to enter the attached preliminary injunction. In support of that request, the parties state the following:

1. Plaintiff filed this suit on May 11, 2023. *See* Dkt. 1. Plaintiff also moved for a preliminary injunction. *See* Dkt. 7. This Court denied Plaintiff's motion, and Plaintiff appealed to the Sixth Circuit. *See* Dkts. 28, 29.

2. On November 6, 2025, the en banc Sixth Circuit "revers[ed] and remand[ed] for the entry of an appropriately tailored preliminary injunction barring the district from punishing students for the commonplace use of biological pronouns." CA6-Dkt. 253-2 at 3-4.

3. Counsel for the parties have conferred and agree on the terms of a preliminary injunction that would be consistent with the Sixth Circuit's opinion. The parties therefore request that this Court enter the attached preliminary injunction.

Dated: December 23, 2025               Respectfully submitted,

/s/ J. Michael Connolly
J. Michael Connolly (*pro hac vice*)
James F. Hasson (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com
james@consovoymccarthy.com

Emmett E. Robinson (OH Bar No. 88537)
Trial Attorney
ROBINSON LAW FIRM LLC
6600 Lorain Ave. #731
Cleveland, OH 44102
Phone: (216) 505-6900
erobinson@robinsonlegal.org

*Counsel for Plaintiff Defending Education*

Jessica K. Philemond (OH Bar No. 76761)
Sandra R. McIntosh (OH Bar No. 77278)
Mitchell L. Stith (OH Bar No. 96759)
SCOTT SCRIVEN LLP
250 E. Broad St., Ste. 900
Columbus, OH 43215
jessica@scottscrivenlaw.com
sandra@scottscrivenlaw.com
mitch@scottscrivenlaw.com

*Counsel for Defendants*

3

**CERTIFICATE OF SERVICE**

I certify that on December 23, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification to all counsel of record.

<u>/s/ J. Michael Connolly</u>