**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| DEFENDING EDUCATION, *Plaintiff*, v. OLENTANGY LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, *et al.*, *Defendants*. | Case No. 2:23-cv-01595 |

**[JOINT PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

Before the Court is Plaintiff's motion for a preliminary injunction, filed May 10, 2023. Having considered the motion, opposition, case file, and applicable law, including the Sixth Circuit's en banc decision in this case,

**IT IS ORDERED** that Defendants are enjoined, during the pendency of this action, from taking any action to enforce the policies challenged by Plaintiff in this action (*i.e.*, Policy 5517, Policy 5136, and the Code of Conduct) against Plaintiff's members or their children for referring to another student, in a commonplace way, using pronouns that are consistent with the other student's birth sex but inconsistent with that student's gender identity. It shall not be a violation of this Order for Defendants to enforce the anti-harassment policies challenged by Plaintiff in this action (*i.e.*, Policy 5517, Policy 5136, and the Code of Conduct) to prevent the abuse of transgender students just as it enforces those policies against the abuse of all other students.

If any Defendant takes any action against one of Plaintiff's members or their children in violation of this order, that member or child may disclose the membership to the Defendant (including through counsel), whereupon the Defendant must cease and/or reverse the violating action.

1

SIGNED this _____ day of _____, 20____.

_____
Hon. Algenon L. Marbley
U.S. District Judge