IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RE: Reassignment of Civil Cases from the Docket of
Magistrate Judge Kimberly A. Jolson

ORDER

The attached cases that are currently referred to Magistrate Judge Kimberly A. Jolson are

hereby referred to Magistrate Judge S. Courter M. Shimeall.

IT IS SO ORDERED.

_____March 16, 2026_____
DATE

Honorable Sarah D. Morrison
Chief Judge United States District Court

| Case Number | Case Title |
|---|---|
| 2:23-cv-01595-ALM-KAJ | Parents Defending Education v. Olentangy Local School District Board of Education et al |
| 2:23-cv-01993-SDM-KAJ | Ward v. Ross et al |
| 2:23-cv-03012-ALM-KAJ | Ridge Corporation v. Kirk National Lease Co. et al |
| 2:23-cv-03894-MHW-KAJ | Pacific International Vegetable Marketing, Inc. v. Wendy's International, LLC |
| 2:24-cv-00078-MHW-KAJ | 1661, Inc. v. Goatlift, LLC, et al. |
| 2:24-cv-00316-MHW-KAJ | Levang et al v. Kappa Kappa Gamma Fraternity et al |
| 2:24-cv-03953-MHW-KAJ | Boards of Trustees of the Ohio Laborers Benefits v. Velocity Construction Services LLC |
| 2:25-cv-00040-EAS-KAJ | Didado's Ridge, LLC et al v. Gulfport Energy Corporation et al |
| 2:25-cv-00341-SDM-KAJ | Herron v. Reffett et al |
| 2:25-cv-00392-SDM-KAJ | Britton Parkway Holding, Inc. v. Hilliard et al |
| 2:25-cv-00456-DRC-KAJ | Parham v. Bexley Woods LLC |
| 2:25-cv-00534-SDM-KAJ | Daly v. RLJ Management Co. Inc |
| 2:25-cv-00546-DRC-KAJ | KIN, Inc. v. Crawford Hoying Real Estate Services LLC et al |
| 2:25-cv-00685-EAS-KAJ | Afotey v. UNITED STATES OF AMERICA |
| 2:25-cv-00767-JLG-KAJ | Craig Geer v. Lowe's Home Centers, LLC |
| 2:25-cv-00817-SDM-KAJ | Lowery v. Actalent Scientific, LLC |
| 2:25-cv-00865-EAS-KAJ | Cummings v. First Transit, Inc. |
| 2:25-cv-00882-EAS-KAJ | Little Boy Properties, LLC v. Foremost Insurance Company Grand Rapids, Michigan et al |
| 2:25-cv-00944-ALM-KAJ | Schobelock v. Surge Staffing, LLC |
| 2:25-cv-01107-MHW-KAJ | Boyer v. Williams Scotsman, Inc. |
| 2:25-cv-01134-SDM-KAJ | Glenn v. City of Columbus |
| 2:25-cv-01374-JLG-KAJ | Dunham v. Centrus Energy Corp. et al |
| 2:25-cv-01395-SDM-KAJ | May v. Trans Cycle Industries of Ohio, LLC  et al |
| 2:25-cv-01401-ALM-KAJ | Goodman v. Prudential Insurance Company |
| 2:25-cv-01511-SDM-KAJ | Richardson v. Bread Financial Payments, Inc. |
| 2:25-cv-01513-MHW-KAJ | Hopkins Crop Insurance Services, LLC v. Great American Insurance Company |
| 2:26-cv-00044-ALM-KAJ | SINGH v. United States Department of Homeland Security |
| 2:26-cv-00049-SDM-KAJ | Mack v. Apelles, LLC |
| 2:26-cv-00050-EAS-KAJ | Ellington v. Innovis Data Solutions, Inc. |
| 2:26-cv-00052-MHW-KAJ | Johnson v. Olger et al |
| 2:26-cv-00074-JLG-KAJ | Slone v. Amazon.com Services LLC |
| 2:26-cv-00076-MHW-KAJ | Burson v. Hilscher-Clarke Electric Company, Inc. |
| 2:26-cv-00110-MHW-KAJ | Veeley v. Alro Steel Corporation et al |
| 2:26-cv-00199-ALM-KAJ | Martin v. Kemba Financial Credit Union, Inc. |
| 2:26-cv-00214-ALM-KAJ | Brown v. Abbott Laboratories |